```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/09/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CITY OF NY

                Plaintiff(s),

     09 Civ. 1564 (PKC)

- against -

LEXINGTON INSUR

     ORDER FOLLOWING
     PRETRIAL CONFERENCE

                Defendant(s).

-----------------------------------------------------------x

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. By September 25, 2009, ~~the plaintiff(s)~~ ~~the defendant(s)~~ the parties shall file their summary judgment motion.

2. ~~By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~

3. ~~By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~

4.

5.

6.

7. The Next ~~Conference~~ [the Final Pretrial ~~Conference~~] will be held on _____, 20__ at _____.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
9-9-09